UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.

FRANCES JOSEPH REILLY

CASE NOS. 8:98-cr-224-T-24TBM
8:00-cr-443-T-24TGW
8:00-cr-444-T-24TBM
8:00-cr-463-T-24MAP
8:01-cr-021-T-24TBM
8:01-cr-054-T-24TBM
8:01-cr-076-T-24TBM
8:01-cr- 083-T-24TBM
8:01-cr-156-T-24TBM

## ORDER

This case is before the Court *sua sponte*. The Clerk of the Court has advised the undersigned that in reconciling judgments, an error was discovered in the total amount of restitution in the cases referenced above, as to defendant Frances Joseph Reilly. Therefore, pursuant to Federal Rule of Criminal Procedure 36, the amount of total restitution set forth in the Judgments entered will be corrected to **$61,049.95.**

Accordingly, it is **ORDERED** that the total amount of restitution in the Judgments entered as to defendant Frances Joseph Reilly, are hereby corrected to be **$61,049.95** (instead of $61,049.45).

**DONE and ORDERED** at Tampa, Florida, this 6th day of May, 2010.

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE